IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No: 2:11-CV-43-FL

HORACE SPIVEY, JR., )
)
    Plaintiff, )
)
v. )
) ORDER
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
)
    Defendant. )

Upon application of the plaintiff, and with no objection by defendant,

It is ORDERED that the Commissioner of Social Security pay to plaintiff's attorney the sum of $ 5,279.93 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This  12th  day of December 2012.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE